AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia

United States of America
v.

Brandon Barnhill

_____
Defendant

)
)
)
)
)
)
)

Case: 1:24-mj-00224
Assigned to: Judge Upadhyaya, Moxila A.
Assign Date: 7/16/2024
Description: COMPLAINT W/ ARREST WARRANT

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*                              Brandon Barnhill                                              ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Entering or Remaining in any Restricted Building or Grounds ;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating or Picketing in the Capitol Buildings.

Date:     07/17/2024                                          _____
                                                                                      *Issuing officer's signature*

City and state:          Washington, D.C.                     Moxila A. Upadhyaya, U.S. Magistrate Judge
                                                                                     *Printed name and title*

### Return

This warrant was received on *(date)*  7/17/2024 , and the person was arrested on *(date)*  7/24/2024
at *(city and state)*  NEW ORLEANS LOUSIANA                                                                AT 8:00AM

Date:  7/24/2024                                          _____
                                                                                      *Arresting officer's signature*

                                                            DONALD J. QUINN, SPECIAL AGENT, FBI
                                                                                     *Printed name and title*